UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO FERNANDO EZEQUIEL,
Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, et al.,
Respondents.

Case No.: 26-cv-6335-BJC-AHG

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS, MOTION APPOINTING COUNSEL, AND SETTING BRIEFING SCHEDULE FOR PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF Nos. 1-3]**

On November 5, 2026, Petitioner Francisco Fernando Ezequiel, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner also moved to proceed *in forma pauperis*, in which he attests that he has insufficient means to pay the $5.00 filing fee, and to be appointed counsel. *See* ECF Nos. 2-3.

After a review of the briefings, the Court grants Petitioner's motion to proceed *in forma pauperis* and Petitioner's motion for appointment of counsel. *Id*. The Court finds that representation is necessary given the complexity and potential validity of the

constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). The Court also deems it appropriate to require Respondents to file a response and to issue a limited stay to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Accordingly, the Court finds the following:

1. The Court **GRANTS** Petitioner's motion to proceed *in forma pauperis*. ECF No. 2. The Clerk of Court shall file the Petition for a Writ of Habeas Corpus without prepayment of the filing fee;
2. The Court **GRANTS** Petitioner's motion for appointment of counsel. ECF No. 3. Federal Defenders of San Diego, Inc. is **CONDITIONALLY APPOINTED** as counsel effectively immediately;
3. Petitioner may file either an amended petition or a status report recommending against appointment **no later than close of business <u>November 17, 2026</u>**;
4. Respondents shall file a response to the petition **no later than close of business <u>November 24, 2026</u>**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition;
5. Petitioner may file a traverse, **no later than close of business <u>December 1, 2026</u>**. Absent further order of this Court, this matter will be deemed under submission at that time; and
6. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED**

from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: November 10, 2026

Honorable Benjamin J. Cheeks
United States District Judge